UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
   NORIYUKI KANEKO                                CASE NO. 20-10205
   MELISSA BILLINGS KANEKO              JUDGE BENJAMIN A. KAHN
   218 CONESTOGA WAY
   STONEVILLE, NC  27048

       DEBTORS

SSN(1) XXX-XX-8313     SSN(2) XXX-XX-5705        DATE: 10/28/2020

## REPORT OF FILED CLAIMS

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ALLY BANK<br>PAYMENT PROCESSING CENTER<br>P O BOX 78367<br>PHOENIX, AZ  85062-8367 | MONTHLY PMT  $313.90<br>INT: .00%<br>NAME ID: 144507<br>CLAIM #: 0012 | (Y) VEHICLE-ONGOING<br><br>ACCT: 4872<br>COMMENT: 16NISS,CTD EFF JUL20 |
| ALLY BANK<br>PAYMENT PROCESSING CENTER<br>P O BOX 78367<br>PHOENIX, AZ  85062-8367 | $1,569.50<br>INT: .00%<br>NAME ID: 144507<br>CLAIM #: 0023 | (R) ARREARAGE-SECURED<br><br>ACCT: 4872<br>COMMENT: 16NISS,ARR THRU JUN20 |
| BANK OF AMERICA<br>P O BOX 982234<br>EL PASO, TX  79998-2234 | $0.00<br>INT: .00%<br>NAME ID: 133437<br>CLAIM #: 0013 | (U) UNSECURED<br>NOT FILED<br>ACCT: 2241<br>COMMENT: |
| CITIBANK NA<br>6716 GRADE LN BLG 9 STE 910<br>PY DEPT<br>LOUISVILLE, KY  40213 | $2,902.66<br>INT: .00%<br>NAME ID: 174688<br>CLAIM #: 0008 | (U) UNSECURED<br><br>ACCT: 6300<br>COMMENT: OC,BEST BUY |
| COASTAL FEDERAL CREDIT UNION<br>1000 ST ALBANS DR<br>RALEIGH, NC  27609 | $16,785.00<br>INT: 6.75%<br>NAME ID: 127811<br>CLAIM #: 0007 | (V) VEHICLE-SECURED<br><br>ACCT: 7465<br>COMMENT: 15NISS |
| COASTAL FEDERAL CREDIT UNION<br>1000 ST ALBANS DR<br>RALEIGH, NC  27609 | $2,503.90<br>INT: .00%<br>NAME ID: 127811<br>CLAIM #: 0011 | (U) UNSECURED<br><br>ACCT: 7465<br>COMMENT: SPLIT |
| DISCOVER PERSONAL LOANS<br>P O BOX 6105<br>CAROL STREAM, IL  60197 | $9,144.86<br>INT: .00%<br>NAME ID: 112594<br>CLAIM #: 0016 | (U) UNSECURED<br><br>ACCT: 2111<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT: 8313<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---:|---|
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $13,340.30<br>INT:  .00%<br>NAME ID: 158804<br>CLAIM #:  0017 | (U) UNSECURED<br><br>ACCT: 3281<br>COMMENT:  GAP |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $4,665.17<br>INT:  .00%<br>NAME ID: 158804<br>CLAIM #:  0018 | (U) UNSECURED<br><br>ACCT: 2422<br>COMMENT:  LOWES |
| JPMORGAN CHASE BANK NA<br>SBMT CHASE BANK USA<br>P O BOX 15368<br>WILMINGTON, DE  19850 | $10,841.29<br>INT:  .00%<br>NAME ID: 177262<br>CLAIM #:  0014 | (U) UNSECURED<br><br>ACCT: 0169<br>COMMENT: |
| LENDMARK FINANCIAL SERVICES LLC<br>2118 USHER ST<br>COVINGTON, GA  30014 | $0.00<br>INT:  .00%<br>NAME ID: 157722<br>CLAIM #:  0009 | (S) SECURED<br>SURRENDERED<br>ACCT: 0027<br>COMMENT: 10MAZD,REL,COD |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $6,173.01<br>INT:  .00%<br>NAME ID: 43307<br>CLAIM #:  0015 | (U) UNSECURED<br><br>ACCT: 6449<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT:  .00%<br>NAME ID: 9699<br>CLAIM #:  0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 8313<br>COMMENT: |
| NAVY FEDERAL CREDIT UNION<br>P O BOX 23800<br>MERRIFIELD, VA  22119-3800 | MONTHLY PMT  $988.24<br>INT:  .00%<br>NAME ID: 71466<br>CLAIM #:  0004 | (H) ONGOING-SECURED<br><br>ACCT: 6621<br>COMMENT:  DT RERP,CTD EFF JUL20 |
| NAVY FEDERAL CREDIT UNION<br>P O BOX 23800<br>MERRIFIELD, VA  22119-3800 | $2,123.00<br>INT:  .00%<br>NAME ID: 71466<br>CLAIM #:  0005 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 6621<br>COMMENT:  ARR THRU FEB20 |
| NAVY FEDERAL CREDIT UNION<br>P O BOX 23800<br>MERRIFIELD, VA  22119-3800 | $3,952.96<br>INT:  .00%<br>NAME ID: 71466<br>CLAIM #:  0006 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 6621<br>COMMENT:  ARR MAR THRU JUN20 |
| NAVY FEDERAL CREDIT UNION<br>ATTN OFFICER/MANAGING AGENT<br>P O BOX 3300<br>MERRIFIELD, VA  22119-3300 | $24,955.84<br>INT:  .00%<br>NAME ID: 181547<br>CLAIM #:  0010 | (U) UNSECURED<br><br>ACCT: 8192<br>COMMENT:  OC |
| NAVY FEDERAL CREDIT UNION<br>P O BOX 3000<br>MERRIFIELD, VA  22119-3000 | $0.00<br>INT:  .00%<br>NAME ID: 45464<br>CLAIM #:  0019 | (U) UNSECURED<br>AMENDED<br>ACCT: 8192<br>COMMENT:  320C/WDRN |
| NAVY FEDERAL CREDIT UNION<br>P O BOX 3000<br>MERRIFIELD, VA  22119-3000 | $0.00<br>INT:  .00%<br>NAME ID: 45464<br>CLAIM #:  0020 | (U) UNSECURED<br>AMENDED<br>ACCT: 3<br>COMMENT:  320C/WDRN |

PAGE 3 - CHAPTER 13 CASE NO. 20-10205

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| NAVY FEDERAL CREDIT UNION<br>P O BOX 23800<br>MERRIFIELD, VA  22119-3800 | $375.00<br>INT: .00%<br>NAME ID: 71466<br>CLAIM #: 0024 | (H2) POST-PETITION FEES-SECURED<br><br>ACCT: 6621<br>COMMENT:  POST PET FEES |
| ROCKINGHAM CO REGISTER OF DEEDS<br>170 NC 65 SUITE 150<br>REIDSVILLE, NC  27320 | $52.00<br>INT: .00%<br>NAME ID: 174473<br>CLAIM #: 0022 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| ROCKINGHAM COUNTY TAX<br>P O BOX 107<br>WENTWORTH, NC  27375 | $0.00<br>INT: .00%<br>NAME ID: 161370<br>CLAIM #: 0003 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| VERIZON<br>BY AMERICAN INFOSOURCE<br>P O BOX 4457<br>HOUSTON, TX  77210-4457 | $807.44<br>INT: .00%<br>NAME ID: 176218<br>CLAIM #: 0021 | (U) UNSECURED<br><br>ACCT: 0001<br>COMMENT: |
| **TOTAL:** | **$101,494.07** | |
| DAMON DUNCAN ESQ<br>628 GREEN VALLEY RD STE 304<br>GREENSBORO, NC  27408 | $4,000.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtors or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>Clerk, U.S. Bankruptcy Court
>101 S. Edgeworth Street
>P.O. Box 26100
>Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  10/28/2020

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc:  Debtors
    Attorney for Debtors - Electronic Notice